JEFFREY MEEK ET AL. *v.* WAL-MART
STORES, INC., ET AL.

*Thomas J. Rechen* and *Richard F. Wareing*, in sup-
port of the petition.

*Michael J. Walsh*, in opposition.

Decided November 13, 2002

KRONBERG BROTHERS, INC. *v.*
JOHN STEELE ET AL.

*Jon D. Biller*, in support of the petition.

*Bradley K. Cooney*, in opposition.

Decided November 13, 2002

NUSBAUM AND PARRINO, P.C. *v.* LINDA O. KRAMER

*Linda O. Kramer*, pro se, in support of the petition.

*Paul E. Pollock*, in opposition.

Decided November 13, 2002